Argued and submitted November 27, 1991, reversed January 8, 1992

In the Matter of the Compensation of
Leola M. Johnson, Claimant.

SAIF CORPORATION
and Oregon Health Sciences University,
*Petitioners,*

*v.*

Leola M. JOHNSON,
*Respondent.*

(WCB 89-09307; CA A67589)

822 P2d 756

David L. Runner, Assistant Attorney General, Salem, argued the cause for petitioners. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

James L. Francesconi and Francesconi & Associates, Portland, waived appearance for respondent.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Reversed. *Aetna Casualty Co. v. Aschbacher,* 107 Or App 494, 812 P2d 844 (1991); *Weller v. Union Carbide,* 288 Or 27, 602 P2d 259 (1979).